# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF ) <br> A SILVER IN COLOR 1999 ACURA 3.0 CL ) <br> SEDAN, BEARING NORTH DAKOTA LICENSE ) <br> PLATE 506AGV, VEHICLE IDENTIFICATION ) <br> NUMBER 19UYAA2252XL00922 ) | **ORDER** <br><br> Case No. 1:16-mj-054 |

On motion of the Government and for the reasons stated in support of its motion, it is **ORDERED** that the Tracking Warrant and Application and Affidavit for Trakcing Warrant, with attachments, including the Affidavit of DEA SA Jeffrey Buckles, Tracking Warrant Return, and the Government's Motion to Seal, shall remain under seal until August 24, 2016.

Dated this 26th day of February, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court